UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Doreen D. Workman | Bankruptcy No.20-12737-AMC |
| Debtor | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of September, 2020, by first class mail upon those listed below:

Doreen D. Workman
323 Ross Court
Wyncote, PA 19095

**Electronically via CM/ECF System Only:**

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA 19102

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee