UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DOREEN D. WORKMAN           :   Chapter 13

          Debtors           :   Bankruptcy No.  20-12737AMC

# O R D E R

AND NOW, upon consideration of the Chapter 13 Trustee's Objection to Proof of Claim Number 4-1 of Portfolio Recovery Associates, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 4-1 of Portfolio Recovery Associates, LLC is disallowed.

BY THE COURT:

_____
**ASHELY M. CHAN,**
**Bankruptcy Judge**

Dated:  _____

**Date: March 3, 2021**