**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        DOREEN WORKMAN            :        CHAPTER 13
                                                 :
                                                 :
              DEBTOR                    :        BANKRUPTCY No. 20-12737 AMC

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed an Application for Approval

of Supplemental Compensation on May 11, 2021 and gave notice to the Debtor, the

Trustee, and all interested parties that they had twenty (20) days to file an answer,

objection or other responsive pleading; that more than twenty (20) days have passed since

the notices were mailed and I have not received an Answer, objection or other responsive

pleading.  I therefore request that the court enter the Order accompanying said

application.

                                    BY      /s/ Zachary Perlick
                                            Zachary Perlick, Esquire
                                            1420 Walnut Street, Suite 718
                                            Philadelphia, PA  19107
                                            (215) 569-2922