| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-12737-AMC**

Doreen D. Workman
323 Ross Court
Wyncote  PA    19095

Petition Filed Date: 06/23/2020
341 Hearing Date: 07/31/2020
Confirmation Date: 12/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/29/2020 | $600.00 | | 08/26/2020 | $600.00 | | 09/25/2020 | $600.00 | |
| 11/04/2020 | $600.00 | | 11/18/2020 | $600.00 | | 12/30/2020 | $990.00 | |
| 01/27/2021 | $990.00 | | 02/24/2021 | $990.00 | | 03/24/2021 | $140.00 | |
| 04/21/2021 | $140.00 | | 05/19/2021 | $140.00 | | | | |

**Total Receipts for the Period:  $6,390.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,390.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NATIONSTAR MORTGAGE LLC<br>»» 001 | Mortgage Arrears | $55,647.50 | $57.40 | $55,590.10 |
| 2 | PHILADELPHIA FEDERAL CREDIT U<br>»» 002 | Unsecured Creditors | $961.01 | $0.00 | $961.01 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»» 003 | Unsecured Creditors | $768.73 | $0.00 | $768.73 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $455.50 | $0.00 | $455.50 |
| 6 | ATLAS ACQUISITIONS LLC<br>»» 006 | Unsecured Creditors | $1,482.20 | $0.00 | $1,482.20 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $4,520.00 | $4,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $0.00 | $500.00 |

**Chapter 13 Case No. 20-12737-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,390.00 | Current Monthly Payment: | $1,175.00 |
| Paid to Claims: | $4,577.40 | Arrearages: | $3,085.00 |
| Paid to Trustee: | $505.50 | Total Plan Base: | $67,050.00 |
| Funds on Hand: | $1,307.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.