**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      DOREEN WORKMAN      :      CHAPTER 13
                               :
                               :
            DEBTOR             :      BANKRUPTCY No. 20-12737

## CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Amend Plan Post-Confirmation, I respectfully request that the court enter the Order accompanying said application.

BY:  /Zachary Perlick/
     Zachary Perlick, Esquire
     1420 Walnut Street, Suite 718
     Philadelphia, PA  19102
     (215) 569-2922