IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DOREEN WORKMAN          : CHAPTER 13
                                   :
                                   :
         DEBTOR                    : Bankruptcy No. 20-12737AMC

ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

**Date: July 28, 2021**

_____
THE HONORABLE ASHELY M. CHAN