IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen D. Workman<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>20-12737-amc |
| NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br>　　Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Doreen D. Workman<br>　　Debtor/Respondent, | Hearing Date and Time: August 19, 2021, at 11:00 AM |
| Scott Waterman, Trustee<br>　　Additional Respondent. | Courtroom # 4 |

## MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER TO APPROVE THE LOAN MODIFICATION

　　Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), by and through its undersigned counsel, pursuant to 11 U.S.C. § 362, by and through its undersigned counsel, hereby requests approval to modify the mortgage loan between Debtor and Movant:

　　1.　　Debtor named above filed a Chapter 13 Bankruptcy Petition on June 23, 2020.

　　2.　　Movant holds the first mortgage on Debtor's real property located at 323 Ross Court, Wyncote, PA 19095 (the "Property").

　　3.　　Debtor applied for and has been approved for a loan modification ("Loan Modification").

　　4.　　Under the terms of the Loan Modification, the new principal balance is $146,781.87, with a new maturity date of July 1, 2051, and an interest rate of 2.8750% annually (see attached Exhibit "A").

　　5.　　Debtor's total monthly mortgage payment ("Mortgage Payment") will be $1,838.10.

　　6.　　Debtor's Mortgage Payment consists of payments for principal and interest of $815.99, plus payments for property taxes, hazard insurance, and any other permissible escrow items ("Escrow") of $1,022.11.

　　7.　　Debtor understands that the Mortgage Payment is subject to change if there is an increase or decrease in the Escrow.

8. The first Mortgage Payment will be due on August 1, 2021 and continuing thereafter on the same day of each succeeding month.

Respectfully submitted,

Dated: July 22, 2021

BY: /s/ Kristen D. Little
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

S&D File #: 19-062237

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen D. Workman<br>    Debtor,<br><br>NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br>    Movant.<br>v.<br><br>Doreen D. Workman<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-12737-amc<br><br>CHAPTER 13 |

## **O R D E R**

    And now, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC d/b/a Mr. Cooper with respect to the property located at 323 Ross Court, Wyncote, PA 19095 is hereby APPROVED.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen D. Workman<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>20-12737-amc |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　Movant.<br>v.<br><br>Doreen D. Workman<br>　　　Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

　　　I, Kristen D. Little , an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Motion to Approve the Loan Modification by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on July 28, 2021:

Doreen D. Workman
323 Ross Court
Wyncote, PA 19095

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
perlick@verizon.net - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@fredreiglech13.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: July 28, 2021　　　　　　　　　　　BY:/s/ Kristen D. Little
　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo 78447
　　　　　　　　　　　　　　　　　　　　Kristen D. Little 79992
　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　logsecf@logs.com

S&D File #: 19-062237