*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Doreen D. Workman
    Debtor(s)

Case No: 20–12737–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Approve LOAN MODIFICATION Filed by NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER Represented by KRISTEN D. LITTLE (Counsel).

on: 8/18/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/2/21

Timothy B. McGrath
Clerk of Court