United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Doreen D. Workman  
    Debtor

Case No. 20-12737-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 02, 2021      Form ID: 167      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doreen D. Workman, 323 Ross Court, Wyncote, PA 19095-1228 |
| cr | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14513431 | + | Aarons Rental, 565 Addams Ave., Unit 24, Philadelphia, PA 19120-2101 |
| 14515114 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KRISTEN D. LITTLE, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 14532293 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14532155 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14514596 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14519069 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14513436 | + | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14513437 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14513439 | | U.S. Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14513440 | + | Wyngate Community Assoc., c/o Monica M. Littman, Esquire, 1801 Market Street, Suite 1100, Philadelphia, PA 19103-1605 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | | Aug 02 2021 23:27:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14513432 | Email/Text: bnc@atlasacq.com | | Aug 02 2021 23:27:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 14513433 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | Aug 02 2021 23:37:11 | Capital One Bank, by AMerican Infosource, POB 71083, Charlotte, NC 28272-1083 |
| 14513434 | Email/Text: documentfiling@lciinc.com | + | Aug 02 2021 23:27:00 | Comcast, POB 1931, Burlingame, CA 94011-1931 |
| 14513435 | Email/Text: GenesisFS@ebn.phinsolutions.com | | Aug 02 2021 23:27:00 | Genesis Credit, Bankcard Services, POB 4477, Beaverton, OR 97076-4401 |
| 14513438 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Aug 02 2021 23:37:11 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14519879 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Aug 02 2021 23:37:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: 167 | Total Noticed: 19 |

|  |  | Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
|---|---|---|
| 14522824 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 14529195 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2021            Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2021 at the address(es) listed below:

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

KRISTEN D. LITTLE
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER pabk@logs.com klittle@logs.com;logsecf@logs.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Debtor Doreen D. Workman Perlick@verizon.net pireland1@verizon.net

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Doreen D. Workman
    Debtor(s)

Case No: 20−12737−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***
Motion to Approve LOAN MODIFICATION Filed by NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER Represented by KRISTEN D. LITTLE (Counsel).

on: 8/18/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/2/21

Timothy B. McGrath
Clerk of Court

70 − 66
Form 167