IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen D. Workman<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>20-12737-amc |
| NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br>    Movant.<br>v.<br><br>Doreen D. Workman<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**O R D E R**

    And now, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtor's Loan Modification with Nationstar Mortgage LLC d/b/a Mr. Cooper with respect to the property located at 323 Ross Court, Wyncote, PA 19095 is hereby APPROVED.

BY THE COURT:

**Date: August 23, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE