IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DOREEN WORKMAN             : CHAPTER 13
                                     :
                                     :
         DEBTOR                      : Bankruptcy No. 20-12737AMC

ORDER

AND NOW, this 1st day of June, 2022, upon consideration of the Debtor's Motion to Abate Payments and Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby confirmed.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN