United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 20-12737-amc

Doreen D. Workman                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Doreen D. Workman, 323 Ross Court, Wyncote, PA 19095-1228 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | | |
| | | | Jun 02 2022 00:24:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | | Email/Text: bnc@atlasacq.com | | |
| | | | Jun 02 2022 00:24:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 02 2022 00:24:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Jun 01, 2022                        Form ID: pdf900                           Total Noticed: 4

CHRISTOPHER A. DENARDO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com

LILY CHRISTINA CALKINS
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER logsecf@logs.com  lcalkins@logs.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com
rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Doreen D. Workman Perlick@verizon.net  pireland1@verizon.net


TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen D. Workman<br>      Debtor,<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>      Movant.<br>v.<br><br>Doreen D. Workman<br>      Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>      Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-12737-amc<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.    This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2.    The post-petition arrearages on the mortgage held by Movant on Debtor's property at 323 Ross Court, Wyncote, PA 19095 (the "Property"), are $9,025.62.  The breakdown of the arrears is as follows:

| | |
|---|---|
| Post-Payments from 12/01/2021 to 04/01/2022 at $1,722.94 each | $8,614.70 |
| Suspense Balance | $(627.08) |
| Bankruptcy Fees | $850.00 |
| Bankruptcy Costs | $188.00 |

3.    If Debtor provides proof of negotiated payments not already credited, they will receive credit for those payments.

4.    Debtor shall cure the arrearages in the following manner:

(a)    The balance of the arrears, to-wit, $9,025.62, shall be cured by the Debtor through the Chapter 13 Plan. Debtor shall file an amended Chapter 13 Plan to pay the entire new adjusted arrearage claim of $9,025.62 to Movant (original arrearage claim of $0.00 + post arrears of $9,025.62) by May 26, 2020. Movant shall file an amended proof of claim to reflect the same;

5.    Debtor shall resume making the regular monthly mortgage payments on May 1, 2022. If funds are not received prior to the 15th of the month, then the payment shall include all applicable late charges;

(a)    Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change, and the monthly payment amount due under the terms of the Stipulation shall change accordingly;

(b)    All payments to Movant shall include the Loan No. written on the face thereof, and shall be made directly to Attention: Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094 Dallas, TX 75261-9741;

(c)    Should the Debtor's post-confirmation plan be denied confirmation, counsel for Movant may file a Certification of Default with the Court and the Court shall enter an Order granting relief as to the Property.

(d)    All payments made pursuant to this Stipulation and Order shall be applied first to reimburse Movant for its attorneys' fees and costs (as provided for above) in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

6.    In the event that Debtor fails to file an Amended Chapter 13 Plan within the time period prescribed above, or if Debtor fails to make any of the payments set forth above, Movant

shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the

default within 15 days of the notice. If the default continues to the following month, the Debtor

shall include funds to cure that month's default as well. If Debtor should fail to cure the default

within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of

the Certification, the Court shall enter an Order granting Movant relief from the automatic stay

as to the Property.

       7.     In the event the instant bankruptcy case is converted to a case under Chapter 7,

this shall constitute a default under the terms of this Stipulation. Debtor shall cure the pre-

petition and post-petition arrears within ten (10) days from the date of conversion. Should the

Debtor fail to cure the arrears within ten (10) days from the date of conversion, counsel for

Movant may file a Certification of Default with the Court and the Court shall enter an Order

granting relief from the automatic stay as to the Property.

       8.     Debtor understands that should Movant be forced to provide a written Notice of

Default of this Stipulation, that Debtor shall be responsible for any reasonable attorney fees of

$100.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a

result of preparation of same.

       9.     The proof of claim of Nationstar Mortgage LLC d/b/a Mr. Cooper is hereby

updated to conform to this Agreed order, and further, this Agreed Order shall serve as a

Supplemental Proof of Claim.

       10.     Debtor agrees that the Court may waive Rule 4001(a) (3), permitting Movant to

immediately implement and enforce the Court's order.

       The parties request that this Honorable Court approve this stipulation.

Dated: _____05/26/2022_____      _____/s/ Lily C. Calkins_____

Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
Attorney for Movant

Dated: _5-2-22_____      _____

Zachary Perlick, Esquire
Attorney for Debtor


Dated: ___5-25-22_____      _/s/Scott Waterman with express permission_

Scott Waterman
Trustee


AND NOW, this _____ day of _____, 2022, it is hereby
ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this
Court.


BY THE COURT:


Date: June 1, 2022      _____

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE