| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12737-AMC

| | |
|---|---|
| Doreen D. Workman | Petition Filed Date: 06/23/2020 |
| 323 Ross Court | 341 Hearing Date: 07/31/2020 |
| Wyncote  PA    19095 | Confirmation Date: 12/16/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/21/2021 | $140.00 | | 05/19/2021 | $140.00 | | 06/16/2021 | $140.00 | |
| 07/28/2021 | $140.00 | | 09/08/2021 | $280.00 | | 11/03/2021 | $140.00 | |
| 12/15/2021 | $140.00 | | 01/12/2022 | $140.00 | | 02/24/2022 | $140.00 | |
| 03/09/2022 | $140.00 | | 03/23/2022 | $140.00 | | 05/09/2022 | $140.00 | |
| 06/02/2022 | $329.00 | | 06/29/2022 | $329.00 | | | | |

**Total Receipts for the Period:  $2,478.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,588.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NATIONSTAR MORTGAGE LLC<br>»»  001 | Mortgage Arrears | $57.40 | $57.40 | $0.00 |
| 2 | PHILADELPHIA FEDERAL CREDIT U<br>»»  002 | Unsecured Creditors | $961.01 | $546.05 | $414.96 |
| 3 | PHILADELPHIA FEDERAL CREDIT U<br>»»  003 | Unsecured Creditors | $768.73 | $436.81 | $331.92 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $455.50 | $258.83 | $196.67 |
| 6 | ATLAS ACQUISITIONS LLC<br>»»  006 | Unsecured Creditors | $1,482.20 | $842.21 | $639.99 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $4,520.00 | $4,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»»  01S | Secured Creditors | $9,025.62 | $234.16 | $8,791.46 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 20-12737-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,588.00 | Current Monthly Payment: | $329.00 |
| Paid to Claims: | $7,895.46 | Arrearages: | $189.00 |
| Paid to Trustee: | $692.54 | Total Plan Base: | $20,292.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.